191 So.2d 639

Leon IMPASTATO

v.

Gerald E. SENNER and James M. Clair,
d/b/a Chateau Motor Hotel.

No. 48447.

Nov. 18, 1966.

In re: Gerald E. Senner and James M. Clair, d/b/a Chateau Motor Hotel, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 190 So.2d 111.

The application is denied. According to the facts of the case, as found by the Court of Appeal, the judgment complained of is correct.